1  BENJAMIN B. WAGNER
   United States Attorney
2  BARBARA G. BORKOWSKI
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:13-cr-00208-KJN |
|---|---|
| Plaintiff, | ) ORDER CONTINUING ARRAIGNMENT |
| v. | ) Date: July 31, 2013<br>) Time: 9:00 a.m. |
| JEFFREY L. DOMBO, | ) Judge: Hon. Kendall J. Newman |
| Defendant. | ) |

It is hereby ordered that the arraignment hearing set for July 31, 2013, 2013, at 9:00 a.m. is VACATED.  It is further ordered that an arraignment is set for August 14, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: July 30, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE